IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTIE FRICK MORGAN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-19-829-BMJ |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Bernard M. Jones entered September 19, 2019 [Doc. No.3]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED and this matter is dismissed for lack of subject-matter jurisdiction. Further, the Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is DENIED AS MOOT.

IT IS SO ORDERED this 18th day of October, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE